# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: *All Actions Against Laboratory Corporation of America Holdings* | Civil Action No. 19-md-2904 (MCA)(MAH)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs identified in Schedule 1 attached hereto, by and through their undersigned counsel, hereby voluntarily dismiss without prejudice each claim against Defendant Laboratory Corporation of America Holdings.  Plaintiffs identified in Schedule 1 each reserve the right to proceed in this matter as absent class members.

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
*Interim Lead Counsel for Plaintiffs*


By:____/s/ James E. Cecchi_____
        JAMES E. CECCHI

Dated: March 3, 2021


SO ORDERED

____*s/Madeline Cox Arleo*_____
MADELINE COX ARLEO, U.S.D.J.

Date:  3/4/21

## SCHEDULE 1

| Plaintiff Name | Case Title | DNJ Docket No. |
|---|---|---|
| Joann Aponte | *Aponte, et al. v. Laboratory Corporation of America Holdings, et al.* | Civil Action No. 19-19149(MCA)MAH) |
| Pamela Driskell | *Aponte, et al. v. Laboratory Corporation of America Holdings, et al.* | Civil Action No. 19-19149(MCA)MAH) |
| Leo Gallagher-Kowit | *Aponte, et al. v. Laboratory Corporation of America Holdings, et al.* | Civil Action No. 19-19149(MCA)MAH) |
| Jeffrey Grushka | *Aponte, et al. v. Laboratory Corporation of America Holdings, et al.* | Civil Action No. 19-19149(MCA)MAH) |
| Gene Hively | *Hively v. Laboratory Corporation of America Holdings, et al.* | Civil Action No. 19-16584 (MCA)(MAH |
| Kimmie Martin | *Aponte, et al. v. Laboratory Corporation of America Holdings, et al.* | Civil Action No. 19-19149(MCA)MAH) |
| Kim Parrott | *Aponte, et al. v. Laboratory Corporation of America Holdings, et al.* | Civil Action No. 19-19149(MCA)MAH) |
| Gary Schwall | *Aponte, et al. v. Laboratory Corporation of America Holdings, et al.* | Civil Action No. 19-19149(MCA)MAH) |
| Catlin Stanford | *Aponte, et al. v. Laboratory Corporation of America Holdings, et al.* | Civil Action No. 19-19149(MCA)MAH) |
| Kerry Steed | *Aponte, et al. v. Laboratory Corporation of America Holdings, et al.* | Civil Action No. 19-19149(MCA)MAH) |
| Todd Stone | *Aponte, et al. v. Laboratory Corporation of America Holdings, et al.* | Civil Action No. 19-19149(MCA)MAH) |
| Megan Storey | *Aponte, et al. v. Laboratory Corporation of America Holdings, et al.* | Civil Action No. 19-19149(MCA)MAH) |